Stevie L. Boston

---
Name and Prisoner/Booking Number

CHCF-Stockton
---
Place of Confinement

P.O. Box 32110 (B5B-105)
---
Mailing Address

Stocktom, CA 95213
---
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

<table>
<tr><td colspan="2"><strong>FILED</strong><br><strong>CLERK, U.S. DISTRICT COURT</strong></td></tr>
<tr><td colspan="2">APR 5 2022</td></tr>
<tr><td colspan="2"><strong>CENTRAL DISTRICT OF CALIFORNIA</strong><br>BY: _____EEE_____ <strong>DEPUTY</strong></td></tr>
</table>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVIE LEE BOSTON,
---
(Full Name of Plaintiff)        Plaintiff,

v.

(1) JOHN DOE I;
---
(Full Name of Defendant)

(2) JANE DOE I;
---

(3) JANE DOE II.
---

(4)
---
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
) CASE NO. ___2:22-CV-02299-FLA(KES)___
) (To be supplied by the Clerk)
)
)
)
)
)
)
)
)

**IMMINENT DANGER!**

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: CHCF-Stockton. _____.

## B. DEFENDANTS

1. Name of first Defendant: _JOHN DOE I_____. The first Defendant is employed as:
_____Psychiatrist_____ at _CHCF-Stockton_____.
      (Position and Title)                                  (Institution)

2. Name of second Defendant: _JANE DOE I_____. The second Defendant is employed as:
_____Psychiatrist Technician_____ at _CHCF-Stockton_____.
      (Position and Title)                                  (Institution)

3. Name of third Defendant: _JANE DOE II_____. The third Defendant is employed as:
_____Registered Nurse_____ at _CHCF-Stockton_____.
      (Position and Title)                                  (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
      (Position and Title)                                  (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

  a. First prior lawsuit:
    1. Parties: _____ v. _____
    2. Court and case number: _____.
    3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

  b. Second prior lawsuit:
    1. Parties: _____ v. _____
    2. Court and case number: _____.
    3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

  c. Third prior lawsuit:
    1. Parties: _____ v. _____
    2. Court and case number: _____.
    3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1.   State the constitutional or other federal civil right that was violated: Plaintiff Eighth Amendment U.S. Constitutional Rights were violated.

2.   **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
  ☐ Basic necessities         ☐ Mail              ☐ Access to the court      ☒ Medical care
  ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion     ☐ Retaliation
  ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

( SEE: Page(s) 3A through 30 ).

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

( SEE: Page(s) 3A  through 30).

5.   **Administrative Remedies:**
  a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                           ☒ Yes   ☐ No
  b.   Did you submit a request for administrative relief on Claim I?                    ☒ Yes   ☐ No
  c.   Did you appeal your request for relief on Claim I to the highest level?          ☒ Yes   ☐ No
  d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1.   State the constitutional or other federal civil right that was violated: Plaintiff Eighth
Amendment U.S. Constitutional Rights were violated.

2.   **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities        ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: Mental Health Care.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

( SEE: Page(s) 3A through  30 ).

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

( SEE: Page(s) 3A through 30 ).

5.   **Administrative Remedies.**

a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                      ☒ Yes   ☐ No

b.   Did you submit a request for administrative relief on Claim II?                            ☒ Yes   ☐ No

c.   Did you appeal your request for relief on Claim II to the highest level?              ☒ Yes   ☐ No

d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: Plaintiff Eighth
Amendment U.S. Constitutional Rights were violated.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

( SEE: Page(s) 3A through 30 ).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

( SEE: Page(s) 3A through 30 ).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?     ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?     ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

10). Plaintiff seek a "Preliminary Injunction" based on the threat to his health and safety is ongoing.

11). Plaintiff seek compensatory and punitive damages proportionate to the injuries he suffered as a result of Defendants deliberate indifference to his Medical and Mental Health needs; as it documented that Plaintiff need 24 hour Medical Care for ENCEPHALOPATHY: CKD; and ASTHMA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/21/2022___
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 2/21/22 | CHEF-LAW LIBRARY | BOSTON | AW2385 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| B5B - | 105 | | FROM          TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| | FROM          TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

BACK→

I REQUEST THAT MY ENTIRE COMPLAINT BE E-filed TO THE (USDC Eastern District) WITH EXHIBITS ATTACHED. IF THERE IS A DISCREPENCY, PLEASE REMOVE EXHIBITS AND E-file COMPLAINT ... HOWEVER, PLEASE PROVIDE

←BACK

Do NOT write below this line.  If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|
| M | 2/23/22 |

DISPOSITION  See attached E-filed & copy request with legal supply. Response from the court will be sent later.

ME THREE COPIES OF ALL EXHIBITS.... ALSO,
PROVIDE ME [2 1983 EASTERN]; [2 STATE
HABEAS CORPUS PETITIONS]; [5 PROOF OF SERVICE];
[2 LEGAL MANILLA ENVELOPES] AND [20 LEGAL
PAPER]. . . ,

22

33
21
54

Not E-filed.

E-filed on
2/23/22

Scanned at CDCR and E-Mailed
on _2/23/22_ by _SL_
(date)            (initials)

Number of pages scanned:

# CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

21 pages

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized by the Standing Order signed by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions", and approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by Plaintiffs housed at institutions participating under the e-filing program pursuant to the Standing Order and necessary for the purpose of initiating the civil case.

**I. PLAINTIFF**
*(to be Completed by Plaintiff)*

Stevie L Boston

**II. DEFENDANT(S)**
*(to be Completed by Plaintiff)*

John Doe I
Joane Doe I
Jane Doe II

**III. INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code: CHCF STOCKTON

**IV. SENDER INFORMATION**
*(to be Completed by CDCR Staff Member)*

SENDER: _____ (Please SIGN Name)    S. Koubong (Please PRINT Name)

DATE SCANNED & EMAILED: 2/23/22

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED ONLY**
*(to be Completed by CDCR Staff Member)*

☐ This civil complaint, and other initial filing documents authorized by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions" is authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without the need to be electronically filed because the digital sender scanner was down for more than 48 hours. See Standing Order at ¶ 2.

DATED: _____

_____
(Please SIGN Name)                    _____
                                       (Please PRINT Name)

*Institution Abbreviation Code:* _____

See Reverse Side for "Instructions To Plaintiffs Participating In E-Filing Program At Participating CDCR Facilities"

ED Cal (March 2019)

# STATEMENT OF FACTS

1). Plaintiff is a CDCR (California Department of Corrections and Rehabilitation) housed a CHCF (California Health Care Facility) in the PIP (Psychiatric Inpatient Program). Plaintiff medical records show that Plaintiff has Encephalopathy; CKD (Chronic Kidney Diease); Asthma; and other Medical Conditions that pose a risk/ threat of harm, if not likelihood of death if not properly treated. Plaintiff also suffer from a Mental Disorder; Plaintiff is diagnosed with Schizophrenia, and a severe Anxiety Disorder... Plaintiff comebined Medical, and Mental Health issues rendered him in need of CHCF to provide him timely, adequate, and 24 hour Medical Care to Protect him from death.

2). On, or about October 28, 2021, Plaintiff was admitted to CHCF - PIP - B4B. Upon admission Plaintiff met his Primary Clinician, and then his Psychiatrist. Plaintiff assigned Psychiatrist was responsible for managing Plaintiff Psychoticitry affairs, and prescribing Plaintiff Anti - Psychotic Medication that would assist him with his hulucination, and audio activity that was associated with his Schizophrenia. During Plaintiff and CHCF - B4B - Psychiatrist [JOHN DOE I] initial meeting; JOHN DOE I

3A

# Exhibit Cover Page

EXHIBIT NUMBER ___5___

admonished Plaintiff for being spaced out, and having a cross on the center of his forehead. JOHN DOE I said " If you think your going to play games with me, get ready to go night, night....," Plaintiff didn't understand what JOHN DOE I was implying but Plaintiff keep saying " Fear God!" because he was experiencing symptoms from his Schizoprenia Disorder... JOHN DOE I left Plaintiff cell door, then two unidentifed Correctional Officers, and four Psychiatric Technicians arrived at Plaintiff cell, and a CHCF - B4B - Psychitric Technician JANE DOE I informed Plaintiff that JOHN DOE I ordered the Plaintiff to be administrated Emergency Medication. Plaintiff received a total of six seperate injections of highly sedative Anti - psychropic Medication. After each injection Plaintiff requested the Registered Nurse of the Unit. CHCF - B4B - Registered Nurse JANE DOE II would approach Plaintiff cell after he received the six injections one hour or so later, Plaintiff vaguely remember saying " I have brain problems" and JANE DOE II uttering " Your Keyhea!" Plaintiff then became sedated, and immoble. Defendant JOHN DOE I; Defendant JANE DOE I; and Defendant JANE DOE II didn't protect Plaintiff Health and Safety by performing an unbias, and fair exaimination of Plaintiff Medical Condition(s)

3B

# Exhibit Cover Page

**EXHIBIT NUMBER** _12_

and Mental Health to decisde if Plaintiff Encephalopthy;
CKD, and Asthma would be adversely effected by
Anti Psychropic Medication(s): THORAZINE; OLANZAPINE;
(Zyprexa); ARIPIPRAZOLE; HALOPERIDOL; and
LORAZEPAN; (Ativan). However, Plaintiff P.C. 2602
order for the administration of "Involuntary Medication"
was used to sedate Plaintiff, because he repeatedy
told JOHN DOE I "Fear the Cross" and refused to
concede that Medicine, and Science is more
powerful than God. The actions, and decisions of
JOHN DOE I lead to Plaintiff intentingly, and
knowingly being over medicated with malice,
and wanton disregard for his health and safety
as Plaintiff was ultimately being found unconscious
in his cell.

3). Between 10/28/21, and 11/6/21
when Plaintiff was conscious enough to report
that he was suffering extreme internal pain, and
would block out whenever he tried to force his
self to fight the cocktail of Anti-Psychotic Medication
JOHN DOE I was forcing him to take through oral
cumsumption; then through injections ... Plaintiff
Mental Illness was known, but Plaintiff was not
an active threat to himself or others, and Plaintiff
was in the highest Level of Care (LOC) of the
Mental Health Delivery System (MHSDS) within CDCR

3 C

# Exhibit Cover Page

**EXHIBIT NUMBER** _____

so JOHN DOE I order to overmedicate Plaintiff was
executed with a culpable mindset of deliberate indifference
ence as Plaintiff report to B4B Clinical, and Custodial
Staff about being overmedicated was vindictively
construed as a Hunger Strike. From 10/28/21
through 11/6/21 Plaintiff had lost his appitite,
so when Custodial Staff would appear at his assigned
cell plaintiff was sleep to the point that Staff would
open his door and leave his Food Tray on the floor
and shut the door, however, the Food Trays would
pile up, then Custodial Staff would contact the
rounds person and Plaintiff would be questioned
but Plaintiff was in a comatos state, and all persons
communication to him was beyond his comprehension
due to Plaintiff not only being sedated with a
Mental Disorder, but because of his verified
learning and communication Disability. See:
EXHIBIT 1. Plaintiff would do his best to
steady himself as the Rounds Person, and the
Custody Staff Removed the Food Trays, from his
cell but as soon as Plaintiff cell was cleaned
of Food Trays on 11/6/21 at or around 0700 hours
Plaintiff told the rounds person (here and after
JANE DOE III) that he felt like he "Was
falling from the sky" and he " was blacking out"
"Could he speak to the Doctor?" JANE DOE III
ignored Plaintiff and approxiamately an hour

3 D

# Exhibit Cover Page

**EXHIBIT NUMBER** ___3___

1  later Plaintiff was found by JANE DOE III unconscious
2  on the floor of his cell in CHCF - B45 - 122. Plaintiff
3  would be recessitated, and or revived with
4  Narcan 8, and transported by EMS
5  to San Joaquin Hospital.
6
7         4). Plaintiff was admitted to San
8  Joaquin Hospital on November 6, 1021, at 1400 hours
9  or so. The Preliminary Report of Plaintiff admission
10 to San Joaquin Hospital was authored by RICHA
11 SHRIVASTAVA M.D.; who wrote: " Per facility,
12 patient was found on the floor, drowsy, vital signs
13 were heart rate of seventy - nine, (sic) "
14 See: **EXHIBIT 2, p. 1.** And as far as the
15 time Plaintiff was in his cell according to CHCF-
16 Officials, [they] reported to RICHA SHRIVASTAVA
17 M.D., "Staff went to deliver breakfast and found
18 him unconscious. Estimated loss of consciousness
19 per facility was approximately 1 hour." See:
20 **EXHIBIT 2, p. 1.** It was also noted that
21 Plaintiff was prescribed over fourteen (14)
22 Medication(s) per day. "Abilify, oral Daily; bupropion,
23 Oral; Duloxetine, Oral; ibuprofen; lactulose;
24 Melatonin, Once a day (at bedtime); naloxone,
25 Once; Olanzapine; risperidone; trazodone,
26 Oral, BID; Tylenol, Oral; Vistaril, Oral, QID;
27 Vitamin D2, Oral, qweek; Zoloft, Oral, Daily;
28

                    3 E

Exhibit Cover Page

EXHIBIT NUMBER   40

Zypreya." See: **EXHIBIT 2, p.1.** Plaintiff was presumed to have been on a Hunger Strike, as funnelled by CHCF-Officials, but that was not the case; Plaintiff was overmedicated, and placed in a sedated state with wanton intent, and reckless indifference to Plaintiff Medical Condition of Encephalopathy; CKD; and Asthma... Defendant JOHN DOE I was the culprit of the plan to force Plaintiff to consume a deadly cocktail of Anti-Psychotropic Medication to sedate Plaintiff Verses **prescribing** a reasonable amount of Anti-Psychotropic Medication, and suppling Plaintiff with Mental Health therapy in the form of Individual, and potentially Group (Therapy); not simply a vital dose(s) of medication(s).  Defendant JOHN DOE I illegal, and unconstitutional action to over medicate Plaintiff was the causation of the Life Threatening events of 11/6/21; and RICHA SHRIVASTAVA, M.D., reported that Plaintiff suffered from " Auto encephalopathy G93, 40" and the " Relevant Physical Exam Findings:" were as follows " Hypothermia, shallow respirations, decreased air entry at lung bases." See: **EXHIBIT 2, p.2.** Defendant JOHN DOE I knew, or should've know that Plaintiff suffered from "Hypotherimia, shallow respirations, decreased air entry at lung bases," base on

3F

# Exhibit Cover Page

EXHIBIT NUMBER ___39___

Plaintiff well documented Medical Condition with Asthma, and Plaintiff prescription of an Inhaler. Defendant JOHN DOE was deliberately indifferent to Plaintiff health and safety when he intentionally, and maliciously disregarded the negative ramifications his decision could have on Plaintiff by forcing him to consume over eight different Anti-Psychotic Medications. And there is no doubt that Defendant JOHN DOE I Medical, and Mental Health decision(s), associated with Plaintiff contributed, and created the circumstances on 11/6/21, because RICHA SHRIVASTAVA M.D., wrote in his Preliminary Report plan of treatment for Plaintiff that "Olanzapine is associated with hypothyroidism," and "Other possible differentials include extrapyramidal side effects as patient is on muliple antipsychotics including risperidone, Zyprexa, bupropin, duloxetine, and Abilify, olanzapine." See: EXHIBIT 2, p.3. Every injury Plaintiff sustained between 10/28/21 through 11/6/21; mainly on 11/6/21 was caused by Defendant JOHN DOE I deliberate indifference to both Plaintiff Medical, and Mental Health Needs, and the "Final Report" of Plaintiff Hospitalization evince the allegations Plaintiff wage in this 42 U.S.C. § 1983.

3G

Exhibit Cover Page

EXHIBIT NUMBER _38_

5). San Joaquin M.D., JESSICA WILLETT authored a "Final Report" on Plaintiff 11/6/21 hospitalization, stating in the portion of Plaintiff "History of Present Illness." that Plaintiff the day before was "in the ER, and given IV fluids and food with improvement." See: **EXHIBIT 3, p.1.** After RICHA SHRIVASTAVA, M.D., discontinued all of Plaintiff fourteen medications, and plaintiff received an I.V., he was able to drink water and eat, after being forcefully sedated around the clock by Defendant JOHN DOE I, but Defendat JOHN DOE I overmedication of Plaintiff lingered as M.D., JESSICA WILLETT reported that "Patient still very weak, unable to ambulate without assistance." See: **EXHIBIT 3, p. 2.** After Plaintiff was examined by M.D., JESSICA WILLETT Plaintiff was re-evaluated by San Joaquin M.D., S. SIMAR HANS, at 12:02 before being Discharged from San Joaquin Hospital. In his "Preliminary Report" regarding Plaintiff discharge; M.D., S. SIMAR HANS made 3 (three) Recommendations, The Recommen- dations were "—Continue holding all of patients psychiatric medications; — Follow-up with prison psychiatrist within 1 to 2 days for appropriate titration of psychiatric medications; — Follow-up with primary care physician within 1 to 2 weeks."

3H

# Exhibit Cover Page

EXHIBIT NUMBER __37__

See: **EXHIBIT 4.** Plaintiff would be discharged
from San Joaquin Hospital on 11/7/21 at 1946 hours,
back to CHCF, and given a "Patient Discharge Instructions"
packet that read: "Discharge Diagnosis: 1. Acute
encephalopathy; 3. AKI (acute kidney injury);
4. Rhabdomyolysis; 5. Catatonic State; 6. Health-
care maintenance." See: **EXHIBIT 5, p. 1.**
and the Discharge information was addressed to
CHCF, and Plaintiff Primary Health Care Provider
which was JOHN DOE I. The Discharge informa-
tion San Joaquin **ANA** ROSE FRONK Receptionist
provided to Defendant JOHN DOE I was that "
Plaintiff "**No Longer Take the Following Medications:**
acetaminophen; Aripiprazole; bupropion;
Duloxetine; ergocalciferol; hydroxyzine; ibuprofen;
lactulose; melatonin; naloxone; Olanzapine;
Zyprexa; risperidone; sertraline; trazodone; "
See: **EXHIBIT 5, p. 3.** Plaintiff would leave
San Joaquin Hospital, and arrive back at CHCF
under the belief that Defendant JOHN DOE I
wouldn't be able to force Plaintiff to take the
Anti-Psychotropic Medication, or any Medication
that was hazardous to his health, and safely,
but Defendant JOHN DOE I was insistent that
Plaintiff consume "melatonin; olanzapine;
Zyprexa; risperidone, and Abilify," despite
San Joaquin M.D., S. SIMAR HANS order to discontinue

3I

# Exhibit Cover Page

EXHIBIT NUMBER ___36___

<u>All</u> of Plaintiff medications.

        6). On or about November 17, 2021 Plaintiff would be interviewed by Defendant JOHN DOE I. Plaintiff was still taking most of the fourteen medications San Joaquin M.D., S. SIMAR HANS had ordered to be discontinued so Plaintiff was still suffering wozzy and dizzy spells, and told Defendant JOHN DOE I that he " was too tired, and light headed for the meds" but Defendant JOHN DOE I told Plaintiff " If you punched a wall, you'll punch a human!" Defendant JOHN DOE I would discontinue some of the Anti-Psychotropic Medication Plaintiff was compelled to consume based on JOHN DOE I enforcement, and or abuse of Plaintiff P.C. 2602 order. Plaintiff didn't have a right to consent, or refuse his Medication, on a CDCR 7450; nor could Plaintiff read the CDCR 7450 when Defendant JANE DOE II gave it him to show him the potential side effects, and likely side effects he would experience for all the Medication prescribed to him by Defendant JOHN DOE I. See: <u>EXHIBIT 6.</u> Since Plaintiff didn't receive any kind of assistance to write a 602, or explaination of the 602/ Administrative Grievance Process simply retrieved a Custody (Green) 602, and wrote " On, 2 different occasions I had 2 Black outs, almost causing death,

3J

# Exhibit Cover Page

EXHIBIT NUMBER __35__

Due to unsafely monitoring my medications and over prescribe'n I (inmate bosTON) to many medz causing me to be hostpitalized!" See: EXHIBIT 7, p.1. plaintiff would simply request " a half a Million Dollars." See: EXHIBIT 7. Plaintiff would be instructed by another inmate to put the 602/Grievonce in a box and Plaintiff received a Notice saying his claim(s) " fall within the jurisdiction of the California Correction al Health Care Services Division." See: EXHIBIT 7, p.2.

3 K

Exhibit Cover Page

EXHIBIT NUMBER __34__

# CLAIM I; II; III.

## FIRST CAUSE OF ACTION(S)
## FOR CLAIM(S) TWO & THREE ALSO.

7). Plaintiff allege; and then assert that CHCF - Psychiatrist of B4C - JOHN DOE I violated the EIGHTH AMENDMENT of the U.S. Constitution while performing his duties in his individual, and official capacity under the color of **state law**. Defendant JOHN DOE I violated Plaintiff Eighth Amendment U.S. Constitutional guarantee to no be exposed to **cruel** and **unusual punishment** through Deliberate Indifference. Between October 28, 2021, through November 5, 2021, and on November 6, 2021; Defendant JOHN DOE I maliciously, and knowingly overmedicated Plaintiff with the wanton intent to sedate a Schizophrenia Patient (Plaintiff) intead of providing Plaintiff the least intrusive Mental Health treatment to treat his mental illness. Defendant JOHN DOE I knew, or should've known that his decision to force a patient (Plaintiff) with over 3 Serious Medical Conditions (Encephalopathy; CKD; and Asthma) would cause Plaintiff significant injury, and or increase the likelihood of death. Defendant JOHN DOE I decision(s), and action(s) of reckless, and indifference to Plaintiff health, and safety was on display when Plaintiff returned **from** San Joaquin Hospital, and Plaintiff was not montitored, didn't receive Medical Care/Treatment for his Encephalopathy;

3L

# Exhibit Cover Page

**EXHIBIT NUMBER** __33__

as he was forced to take the Medication Specialist, and
Medical Doctor(s) at San Joaquin ordered CHCF-officials
(JOHN DOE I) to discontinue.

    8). Plaintiff allege that CHCF-Psychiatric
Technician - JANE DOE I violated the EIGHTH AMENDMENT
of the U.S. Constitution while performing her duties in her
individual, and official capacity under the color of state
law. Defendant JANE DOE I violated Plaintiff EIGHTH
Amendment U.S. Constitutional guarantee to be
provided Medical Care, and Mental Health Treatment
without Deliberate Indifference. Defendant JANE DOE
I was deliberately indifferent to Plaintiff Serious
Medical Condition(s); and Mental Health Needs on
October 28, 2021; November 5, 2021; and November
6, 2021. Defendant JANE DOE I maliciously, and
deliberately ignored the excessive risk of harm,
and the threat of death, or a significant injury
posed to Plaintiff health, and safety when she
administed 6 Anti-Psychotic Medication
Injections into Plaintiff body on 10/28/21.
Defendant JANE DOE I knowingly, and intentionally
disregarded the excessive risk of Plaintiff death
on November 6, 2021, at or around 0100 hours
when Plaintiff told "JANE DOE I I feel woozy,
and dizzy" and Defendant JANE DOE I knew
Plaintiff was taking over fourteen medications, and

3 M

# Exhibit Cover Page

EXHIBIT NUMBER __3z__

expressed he was experiencing "blackouts" but instead
recklessly, and deliberately disregard those risk
indicators by walking past Plaintiff cell several times
before activating her Security **Alarm.**

9). Plaintiff allege that CHCF - E45 -
Registered Nurse — JANE DOE II violated the EIGHTH
Amendment of the U.S. Constitution while performing her
duties in her individual, and official capacity under
the color of state law. Defendant JANE DOE II
violated Plaintiff EIGHTH Amendment U.S. Constitutional
guarantee to be provided Medical Care, and Proper
Medical Managment of Plaintiff Medications, and
Medical Monitoring. Defendant JANE DOE II maliciously,
and knowingingly stood watch as plaintiff was
injected with several Anti-Psychotic Medication, and
subsequently overmedicated with the intent to sedate
Plaintiff Schizophrenia Disorder; but JANE DOE II
knew, or should've known that overmedication
was not the sole source of treatment for a
Schizophrenia Disorder. Defendant JANE DOE II
knowingly, and willfully refused/failed to monitor
Plaintiff Medical Conditions between 10/28/21
through 11/16/21, and intentionally disregarded the
excessive risk, and or threat of death by not
monitoring Plaintiff Health and Safety when he
consumed over fourteen different Medications on a

3N

# Exhibit Cover Page

EXHIBIT NUMBER __31__

daily basis; and thus failed to protect Plaintiff
through Medication **Managment**, and Medical Monitoring from
the event that resulted in his Hospitalization on
November 6, 2021.

30

# Exhibit Cover Page

**EXHIBIT NUMBER** __30__

"ADA / EFFECTIVE
COMMUNICATION PATIENT
SUMMARY."    Date: 12/03/21

EXHIBIT 

ATTACHMENT

## ADA/Effective Communication Patient Summary

**As of:** 12/03/2021 08:42

### Patient Information

**NAME:** BOSTON, STEVIE
**CDCR:** AW2385

### Disability Placement Program

**Current DPP Code(s):**

**DPP Verification/Accommodation Date:** 11/26/21 13:29:57 PST

**Current Housing Restrictions/Accomodations:**
 * Special Cuffing

### Methods of Communication

**SLI:** No

**Primary Method:** Need Staff to Speak Loudly and Clearly

**Secondary Method:** None

**Interview Date:** 09/02/2021 00:00

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 03.2

**TABE Date:** 06/05/2015 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:**

**Dental Prosthetic:**

**Dental Prosthetic Date:**

### MHSDS

**MHLOC:** ICF

"PRELIMINARY REPORT"

Date: 11/6/21

EXHIBIT  2

History and Physical
* Preliminary Report *

BOSTON, STEVIE LEE - 12617819

| | |
|---|---|
| Result type: | History and Physical |
| Result Date: | November 06, 2021 16:00 PDT |
| Result Status: | Unauth |
| Result Title/Subject: | IM Admission H&P |
| Performed By/Author: | Shrivastava, Richa MD on November 06, 2021 17:42 PDT |
| Encounter info: | 30795362, San Joaquin Hosp, Inpatient, 11/6/2021 - 11/7/2021 |

## * Preliminary Report *

# BOSTON, STEVIE LEE

**DOB:** 04/19/1996
**Age:** 25 years
**Sex:** Male
**MRN:** 12617819
**Registration Date:** 11/06/2021
**Primary Care Physician:** CHCF, Physician

### Chief Complaint
Pt presents to ED as Code 3 for ALOC at CHCF.  Pt was altered for about one hour at facility.  Was seen here yesterday for a hunger strike that lead to hypoglycemia. FSBG 94 en route and 90 upon arrival.  0.8 narcan given enroute for dilated pupils.

### History of Present Illness
This is a 25-year-old African-American incarcerated male with a past medical history of Asthma, anxiety, schizophrenia, CKD, with multiple ED visits for hypoglycemia secondary to hunger strikes at facility who presents for evaluation of acute loss of consciousness at his facility.  At the time of interview, patient is oriented to self, year, location after looking around.  Patient requests diet, asks for a couple of sandwiches.  Patient cannot recall having any prodromal symptoms prior to losing consciousness.  He denies having symptoms of fever, chills, shortness of breath prior to loss of consciousness.  Patient was noted to have significant right hand swelling, states that he punched a wall yesterday prior to the episode of loss of consciousness.  Per facility, patient was found on the floor, drowsy, vital signs were heart rate of seventy-nine, blood pressure 137/82, SPO2 97% on room air, glucose  103.  Unknown duration of loss of consciousness, per facility documentation, staff went to deliver breakfast and found him unconscious.  Estimated loss of consciousness per facility was approximately 1 hour.

Patient was sent to ER yesterday from facility for a similar episode, at that time patient was found to have low blood sugar which was attributed to hunger strike and patient was sent back to facility.  Pre-arrival documentation shows facility request for CT head and urine drug screen.  On this admission, per ED physician sign-out facility refused to accept patient returned to facility.

**ED course**: Upon arrival to ED, patient had oral temperature of 34.6, hypothermic, respiratory rate 12, SPO2 98% on room air, heart rate 70-87, blood pressure hypertensive on admission 142/78.  ABG: On room air: pH 7.32, PCO2 49.5, PO2 89.0, HCO3 25.6, SaO2 96%.Labs show mild leukopenia of 3.7, mild thrombocytopenia 132. EKG on admission heart rate of 69, sinus rhythm, no STEMI, findings of early repolarization change.

### Problem List/Past Medical History
Ongoing
  Asthma
  CKD (chronic kidney disease)
Historical
  No qualifying data

### Medications
Inpatient
  D5W with 0.45% NaCl 1,000 mL, 1000 mL, IV
  Protonix, 40 mg= 1 tab(s), Oral, AC Breakfast
Home
  Abilify, Oral, Daily
  buPROPion, Oral
  DULoxetine, Oral
  ibuprofen
  lactulose
  melatonin, Once a day (at bedtime)
  naloxone, Once
  OLANZapine
  risperiDONE
  traZODone, Oral, BID
  Tylenol, Oral
  Vistaril, Oral, QID
  Vitamin D2, Oral, qWeek
  Zoloft, Oral, Daily
  ZyPREXA

### Allergies
No Known Allergies

### Social History
Alcohol

Printed by: Lata, Renu
Printed on: 11/8/2021 8:59 PST

Page 1  of 8

History and Physical
\* Preliminary Report \*

#### Review of Systems
Constitutional: No fevers, no chills, no sweats
Eye: No recent visual problems
ENT: No ear pain,no nasal congestion, no sore throat
Respiratory: No shortness of breath, no cough
Cardiovascular: No Chest pain, no palpitations,no syncope
Gastrointestinal:No nausea,no vomiting, no diarrhea
Genitourinary: No hematuria

#### Physical Exam

Vitals & Measurements
**T:** 34.7 °C (Axillary) **TMIN:** 34.6 °C (Oral) **TMAX:** 34.7 °C (Axillary) **HR:** 68 (Monitored) **RR:** 11 **BP:** 128/69 **SpO2:** 99% **HT:** 177.800 cm **WT:** 80.290 kg **O2 Therapy:** Room air **Resting SpO2:** 100

**General**: Well nourished, No acute distress

**Eye**: PERRL, EOMI, Normal conjunctiva, anicteric sclerae

**HENT**: Normocephalic,Normal hearing, moist oral mucosa

**Neck**: Supple, non-tender,

**Lungs**: Clear to auscultation bilaterally, shallow breathing, decreased air entry at lung bases, non-labored respiration

**Heart**: Normal rate, Regular rhythm, No edema

**Abdomen**: Soft, non-tender, non-distended, Normal bowel sounds, No masses or organomegaly noted

**Extremities**: Normal range of motion and strength, No tenderness, right hand swelling, tender to palpation

**Skin**: Skin is warm, dry and normal for ethnicity, multiple facial tattoos

**Neurologic**: Alert and oriented. Grossly non-focal. Conversant, moving all extremities. No overt cerebellar signs / incoordination.

**Psychiatric**: Cooperative, appropriate mood and affect

#### Assessment/Plan
1. Acute encephalopathy G93.40
   This is a 25-year-old African-American incarcerated male with a past medical history of Asthma, anxiety, schizophrenia, CKD, with multiple ED visits for hypoglycemia secondary to hunger strikes at facility who presents for evaluation of acute loss of consciousness at his facility.
   Relevant Physical Exam Findings: Hypothermia, shallow respirations, decreased air entry at lung bases
   ABG:pH 7.32, PCO2 49.5, PO2 89.0, HCO3 25.6, SaO2 96%
   EKG:EKG on admission heart rate of 69, sinus rhythm, no STEMI, findings of early repolarization change

   Differentials for this patient's Acute Encephalopathy include:
   - Extrapyramidal symptoms secondary to antipsychotics
   - Metabolic Causes:Vitamin B12 or thiamine deficiency, unlikely hepatic encephalopathy, ammonia within normal limits 88, additionally no findings of asterixis or tremor on physical exam
   - Oxygen: ABG showed hypercapnia/chest x-ray was negative no focal consolidation noted no pleural effusion or pneumothorax, low lung volumes CT head on admission Showed no acute intracranial findings, no masses or edema
   - Endocrine: We will check TSH, patient was not hypoglycemic CMP did not show significant electrolyte derangements
   -Cannot rule out seizures --> willing to post-tictal confusion, as patient is on bupropion
   - mild Hypothermia 34.7

Past
Electronic Cigarette/Vaping
  Electronic Cigarette Use: Never.
Home/Environment
  Living situation Detention Center.
Substance Abuse
  Never
Tobacco
  Never (less than 100 in lifetime)
  Tobacco Use:.

#### Family History
**Deceased Family Member(s):**

#### Lab Results
#### Last 24 Hours
Chemistry

| Event Name | Event Result | Date/Time |
|---|---|---|
| Sodium Lvl | 142 mmol | 11/06/21 09:37:00 |
| Potassium Lvl | 4.7 mmol | 11/06/21 09:37:00 |
| Chloride | 108 mmol/L High | 11/06/21 09:37:00 |
| CO2 | 26 mmol/L | 11/06/21 09:37:00 |
| AGAP | 8 | 11/06/21 09:37:00 |
| BUN | 22 mg/dL | 11/06/21 09:37:00 |
| Creatinine | 1.26 mg/dL | 11/06/21 09:37:00 |
| BUN/Creat Ratio | 17 | 11/06/21 09:37:00 |
| GFR African American | 61 mL/min/1.73 m2 | 11/06/21 09:37:00 |
| GFR NonAfrican American | 51 mL/min/1.73 m2 | 11/06/21 09:37:00 |
| Glucose Lvl | 90 mg/dL | 11/06/21 09:37:00 |
| Glucose POC | 90 mg/dL | 11/06/21 09:23:00 |
| Calcium Lvl | 8.8 mg/dL | 11/06/21 09:37:00 |
| Total Protein | 6.6 gm/dL | 11/06/21 09:37:00 |
| Albumin Lvl | 4 gm/dL | 11/06/21 09:37:00 |
| Globulin | 3 gm/dL | 11/06/21 09:37:00 |
| A/G Ratio | 2 | 11/06/21 09:37:00 |
| Alk Phos | 54 unit/L | 11/06/21 09:37:00 |

History and Physical

BOSTON, STEVIE LEE - 12617819

* Preliminary Report *

Plan:
- Patient will be admitted with Telemetry monitoring for Acute
Encephalopathy likely catatonia with extrapyramidal symptoms versus encephalitis
-TSH, B12 levels pending
- Follow up Chest Xray
- Follow up Urinalysis
- Ordered "drug pt is taking" Serum Level
- Will consider LP if patient is febrile and has meningeal signs
- Olanzapine is associated with hypothyroidism, which is associated with free T4,
but no change in TSH
- Other possible differentials include extrapyramidal side effects as patient is on
multiple antipsychotics including risperidone, Zyprexa, bupropion, duloxetine, and
Abilify, olanzapine
- We will hold all antipsychotics while inpatient
- We will start D5 half NS
- Given incentive spirometer for hypoventilation
3. AKI (acute kidney injury) N17.9
  Per previous admissions, patient's baseline creatinine 0.9, BUN 7, GFR 121
  On this admission patient's creatinine 1.26, BUN 22, GFR 61
  - We will start D5 half NS
4. Rhabdomyolysis M62.82
  CK of 555, U tox on admission was completely negative, will start D5 half NS
5. Catatonic state F06.1
  Facility documentation states that patient had mutism, resisting eye opening
  Patient has history of schizophrenia
  Secondary to multiple antipsychotics: Olanzapine, aripiprazole
6. Healthcare maintenance Z00.00
  **DVT prophylaxis**: SCDs,
  **GI prophylaxis:** Protonix 40 mg daily
  **Nutrition:** Regular diet
  **Bowel Regimen:** Not indicated
  **Foley:** Not indicated
  Telemetry
  **CODE STATUS: Full code**

**Reason for hospital stay:**Acute Encephalopathy likely catatonia
with extrapyramidal symptoms versus encephalitis

Patient seen and examined by Intern, Richa Shrivastava, MD PGY-I [pager# 234-5019]

Patient seen and examined, findings discussed, and plan formulated with Senior
Resident, Dr.Majeed and will be staffed with Attending Physician, Dr.Aung

| | | |
|---|---|---|
| ALT | 31 unit/L | 11/06/21 09:37:00 |
| AST | 23 unit/L | 11/06/21 09:37:00 |
| Bili Total | 0.6 mg/dL | 11/06/21 09:37:00 |
| Lipase Lvl | 22 unit/L | 11/06/21 09:37:00 |
| Magnesium | 2.1 mg/dL | 11/06/21 09:37:00 |
| I-Stat Ionized Ca | 1.28 mmol/L | 11/06/21 13:51:00 |
| I-Stat Potassium | 4.2 mmol/L | 11/06/21 13:51:00 |
| I-Stat Sodium | 145 mmol/L | 11/06/21 13:51:00 |
| Ammonia, Plasma | 40 ug/dL | 11/06/21 09:37:00 |
| Lactate | 1.7 mmol/L | 11/06/21 09:37:00 |
| Total CK | 555 unit/L High | 11/06/21 09:37:00 |
| CK MB | 3.1 ng/mL | 11/06/21 09:37:00 |
| %MB | 1 % | 11/06/21 09:37:00 |
| Troponin-I | <0.01 | 11/06/21 09:37:00 |

Hematology

| Event Name | Event Result | Date/Time |
|---|---|---|
| WBC | 3.7 x10 (3)/uL Low | 11/06/21 09:37:00 |
| RBC | 4.87 x10 (6)/uL | 11/06/21 09:37:00 |
| Hgb | 14.4 gm/dL | 11/06/21 09:37:00 |
| I-Stat Hgb | 13.6 gm/dL | 11/06/21 13:51:00 |
| Hct | 43.9 % | 11/06/21 09:37:00 |
| I-Stat Hct | 40 % | 11/06/21 13:51:00 |
| MCV | 90.1 fL | 11/06/21 09:37:00 |
| MCH | 29.6 pg | 11/06/21 09:37:00 |
| MCHC | 32.9 gm/dL | 11/06/21 09:37:00 |
| RDW | 13.6 % | 11/06/21 09:37:00 |
| Platelet | 132 x10 (3)/uL Low | 11/06/21 09:37:00 |
| MPV | 9.6 fL | |

History and Physical
* Preliminary Report *

BOSTON, STEVIE LEE - 12617819

|  |  | 11/06/21 09:37:00 |
|---|---|---|
| Neutro Auto | 51.1 % | 11/06/21 09:37:00 |
| Lymph Auto | 38 % | 11/06/21 09:37:00 |
| Mono Auto | 9 % | 11/06/21 09:37:00 |
| Eos Auto | 1 % | 11/06/21 09:37:00 |
| Basophil Auto | 0.9 % | 11/06/21 09:37:00 |
| NRBC Auto Pct | 0.1 /100 WBCs | 11/06/21 09:37:00 |
| Neutro Absolute | 1.9 x10(3)/uL | 11/06/21 09:37:00 |
| Lymph Absolute | 1.4 x10(3)/uL | 11/06/21 09:37:00 |
| Mono Absolute | 0.3 x10(3)/uL | 11/06/21 09:37:00 |
| Eos Absolute | 0 x10(3)/uL | 11/06/21 09:37:00 |
| Basophil Absolute | 0 x10(3)/uL | 11/06/21 09:37:00 |
| NRBC Absolute | 0 /100 WBCs | 11/06/21 09:37:00 |

Coagulation

| Event Name | Event Result | Date/Time |
|---|---|---|
| PT | 13.9 second (s) | 11/06/21 09:37:00 |
| INR | 1.12 ratio High | 11/06/21 09:37:00 |

Point of Care

| Event Name | Event Result | Date/Time |
|---|---|---|
| PT | 13.9 second (s) | 11/06/21 09:37:00 |
| INR | 1.12 ratio High | 11/06/21 09:37:00 |

Urinalysis

| Event Name | Event Result | Date/Time |
|---|---|---|
| UA Color | Light Yellow LIGHT-YELLOW | 11/06/21 11:09:00 |
| UA Clarity | Clear-Clin | 11/06/21 11:09:00 |
| UA Spec Grav | 1.024 |  |

History and Physical
* Preliminary Report *

| I-Stat Device | 403285 | 11/06/21 13:51:00 |
|---|---|---|
| I-Stat LPM | 0 | 11/06/21 13:51:00 |
| I-Stat O2 Delivery | Room Air | 11/06/21 13:51:00 |
| I-Stat Site | R Radial | 11/06/21 13:51:00 |

All Other
Results

| Event Name | Event Result | Date/Time |
|---|---|---|
| Ethanol Lvl | <0.010 | 11/06/21 09:37:00 |
| U Amph Scr | Negative CL | 11/06/21 11:09:00 |
| U Barb Scr | Negative CL | 11/06/21 11:09:00 |
| U Benzodia Scr | Negative CL | 11/06/21 11:09:00 |
| U Cannab Scr | Negative CL | 11/06/21 11:09:00 |
| U Cocaine Scr | Negative CL | 11/06/21 11:09:00 |
| U Methadone Scr | Negative CL | 11/06/21 11:09:00 |
| U Opiate Scr | Negative CL | 11/06/21 11:09:00 |
| U PCP Scr | Negative CL | 11/06/21 11:09:00 |

**Diagnostic Results**
(11/06/2021 10:05 PDT CT Head or Brain w/o Contrast)

CT HEAD W/O CONTRAST

HISTORY: Altered level of consciousness

TECHNIQUE: 5 mm noncontrast axial images.

Radiation dose: maximum CTDIvol of 63 mGy and total DLP of 1376 mGy-cm.
Dose reduction technique: Automated exposure control.

COMPARISON: None

FINDINGS:
Brain: Normal attenuation. No acute infarcts or parenchymal

History and Physical
* Preliminary Report *

BOSTON, STEVIE LEE - 12617819

hemorrhages.
Extra-axial spaces: No hemorrhages, fluid
collections, or masses.
Ventricles and cisterns: Normal.
Bones: No acute findings.
Soft tissues: Normal.
Paranasal sinuses: Clear.
Mastoid air cells: Clear.
Other: None.

IMPRESSION:
1. No acute intracranial findings.

Dictating Radiologist: Brian Sakamoto,
MD
Dictation Date: 11/6/2021 10:00 AM

[1] (11/06/2021 10:15 PDT XR Chest 1
View Portable)
CHEST 1V PORT 11/6/2021 9:00 AM

CLINICAL HISTORY: 120 years years old,
Male, eval infiltrate / aloc.

COMPARISON: None

TECHNIQUE: Single view of the chest

FINDINGS:

Normal cardiomediastinal silhouette. Low
lung volumes. Mild
interstitial prominence which may reflect
vascular congestion. No
pleural effusion. No pneumothorax.

IMPRESSION:

1. No focal consolidation.
[2]

[1] CT Head or Brain w/o Contrast; Sakamoto, Brian Satoshi MD 11/06/2021 10:05 PDT
[2] XR Chest 1 View Portable; Pai, Jason MD 11/06/2021 10:15 PDT

**Signature Line**
[Electronically Signed on: 11/06/2021 20:11 PDT]

Shrivastava, Richa MD RES

Printed by: Lata, Renu
Printed on: 11/8/2021 8:59 PST

BOSTON, STEVIE AW2385
04/19/1996 B4B-122

Page 7 of 8

History and Physical
* Preliminary Report *

Aung, Ye MD MD

**Completed Action List:**
* Perform by Shrivastava, Richa MD on November 06, 2021 17:42 PDT
* Modify by Shrivastava, Richa MD on November 06, 2021 17:42 PDT
* Modify by Shrivastava, Richa MD on November 06, 2021 18:00 PDT
* Modify by Shrivastava, Richa MD on November 06, 2021 20:11 PDT
* Sign by Shrivastava, Richa MD on November 06, 2021 20:11 PDT Requested by
Shrivastava, Richa MD on November 06, 2021 17:42 PDT

"FINAL REPORT"

Date: 11/6/21

EXHIBIT 

ED Note - Physician
* Final Report *

BOSTON, STEVIE LEE - 12617819

| | |
|---|---|
| Result type: | ED Note - Physician |
| Result Date: | November 06, 2021 9:12 PDT |
| Result Status: | Auth (Verified) |
| Result Title/Subject: | ED Physician Note |
| Performed By/Author: | Willett, Jessica MD MD on November 06, 2021 9:13 PDT |
| Verified By: | Willett, Jessica MD MD on November 07, 2021 6:52 PST |
| Encounter info: | 30795362, San Joaquin Hosp, Inpatient, 11/6/2021 - 11/7/2021 |

**\* Final Report \***

# MEDICALDOE EASY, NOV XXI

**DOB:** 01/01/1901
**Age:** 120 years
**Sex:** Male
**MRN:** 12617819
**Registration Date:** 11/06/2021

### Basic Information
**Time Seen:**
Willett, Jessica MD MD  11/06/2021 09:11

#### Chief Complaint
Pt presents to ED as Code 3 for ALOC at CHCF.  Pt was altered for about one hour at facility.  Was seen here yesterday for a hunger strike that lead to hypoglycemia.  FSBG 94 en route and 90 upon arrival.  0.8 narcan given enroute for dilated pupils.

### History Of Present Illness:
This is a 25 year old incarcerated male with a history of CKD, asthma, and hunger strikes presenting to the ER by EMS from CHCF prison as an ACTION ALERT for evaluation of acute altered mentation. EMS reports the patient was found down in his cell this morning by staff while breakfast was brought to him. Unknown exact duration the patient was down but EMS approximates 1 hour. Prison staff states the patient is more acutely altered than baseline. His pupils were dilated per prison staff and EMS gave the patient Narcan 8 g with no response. Patient denies acute pain. Patient denies recent trauma, injury, or syncope. Patient was seen in the ER 1 day ago for hypoglycemia after being on a hunger strike. While in the ER, patient was given IV fluids and food with improvement and he was discharged back to the prison facility.

Prior records reviewed: Additional MRN 12578181
Patient seen here 11/4 and 11/5 for weakness attributed to hunger strike no metabolic disturbance at that time.
Prior to that, ED visit on 10/25 for similar complaint.
Prior to that, patient admitted from 9/25-9/27/21 for rhabdomyolysis and weakness 2/2 dehydration which improved with IV fluid hydration.

The documentation recorded by the scribe, Breanne Velazquez, accurately reflects the service I, Dr. Willett, personally performed and the decisions made by me.

### Review of Systems:
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENT: [No ear pain, nasal congestion, sore throat]

### Problem List/Past Medical History
Ongoing
  Asthma
  CKD (chronic kidney disease)

### Procedure/Surgical History
Patient denies.

### Medication Administration
**Given**
  dextrose, 25 gm, IV
  NS Bolus, 1000 mL, IV Piggyback
  NS Bolus, 1000 mL, IV Piggyback

### Allergies
No active allergies

### Social History
Alcohol
  Past
Electronic Cigarette/Vaping
  Electronic Cigarette Use: Never.
Home/Environment
  Living situation Detention Center.
Substance Abuse
  Never
Tobacco
  Never (less than 100 in lifetime)
  Tobacco Use:.

### Family History
Unable to obtain 2/2 patient condition.

### Lab Results
| GENERAL HEMATOLOGY | LATEST RESULTS | | |
|---|---|---|---|
| WBC | 11/06/21 09:37 | 3.7 | Low |

Printed by: Lata, Renu
Printed on: 11/8/2021 9:00 PST

BOSTON, STEVIE AW2385
04/19/1996 B4B-122

ED Note - Physician
* Final Report *

Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]

All other review of systems negative except as stated in HPI

## Physical Exam

Vitals & Measurements
**T:** 34.7 °C (Axillary) **HR:** 74(Peripheral) **HR:** 66(Monitored) **RR:** 8
**BP:** 123/63 **SpO2:** 100%
**HT:** 177.800 cm **WT:** 80.290 kg **O2 Therapy:** Room air **Resting SpO2:** 100
Oxygen saturation on arrival is 100% on RA which is interpreted as normal and not hypoxic.

General: Alert and oriented, well nourished, no acute distress, **sleepy but able to answer question appropriately, GCS 15**
Eye: 5 mm PERRL, EOMI
HENT: Normocephalic, moist oral mucosa, no scleral icterus, no sinus tenderness.
Neck: Supple, non-tender
Lungs: Clear to auscultation, non-labored respiration.
Heart: Normal rate, regular rhythm
Abdomen: Soft, non-tender, non-distended
Musculoskeletal: Normal range of motion and strength, no tenderness or swelling.
Skin: Skin is warm, dry and normal for ethnicity, no rashes or lesions.
Neurologic: Awake, alert and oriented X4
Psychiatric: Cooperative, appropriate mood and affect.

## Medical Decision Making:

25 y/o male presents for evaluation of ALOC, found down in cell.
Differential diagnoses considered but not limited to: Metabolic disturbance, encephalopathy, hypoglycemia, dehydration

Patient seen & evaluated, appears very tired & weak appearing without focal neuro deficit on examination.
CT head & chest x-ray both unremarkable, without findings concerning for ICH or PNA.
Lab studies without significant metabolic disturbance although patient does appear somewhat acidotic. No respiratory compromise and patient's oxygen saturation is 100%, suspect slight respiratory depression. Doubt opiate overdose as pupils are dilated rather than pinpoint and urine tox is negative.
History and exam not clearly consistent with hypoglycemia as glucose today has been consistently without normal range and there is no other evidence of metabolic disturbance.

### 11/6/2021 14:52:27

Patient still very weak, unable to ambulate without assistance. Discussed with on-call physician at CHCF. As this is not patient's baseline mentation, recommend admission for further workup & management. Discussed with IM resident Dr. Majeed who agrees to admission. Patient stable at time of transfer of care.

### REGARDING COVID-19:

This patient was evaluated for the symptoms described in the history of present illness. They were evaluated in the context of the global COVID-19 pandemic, which necessitated consideration that the patient might be at risk for infection with the SARS-CoV-2 virus that causes COVID-19. Institutional protocols and algorithms that pertain to the evaluation of patients at risk for COVID-19 are in a state of rapid change based on information released by regulatory bodies including the CDC and

| | | |
|---|---|---|
| RBC | 11/06/21 09:37 | 4.87 |
| Hgb | 11/06/21 09:37 | 14.4 |
| I-Stat Hgb | 11/06/21 13:51 | 13.60 |
| Hct | 11/06/21 09:37 | 43.9 |
| I-Stat Hct | 11/06/21 13:51 | 40.00 |
| MCV | 11/06/21 09:37 | 90.1 |
| MCH | 11/06/21 09:37 | 29.6 |
| MCHC | 11/06/21 09:37 | 32.9 |
| RDW | 11/06/21 09:37 | 13.6 |
| Platelet | 11/06/21 09:37 | 132 Low |
| MPV | 11/06/21 09:37 | 9.6 |
| Neutro Auto | 11/06/21 09:37 | 51.1 |
| Lymph Auto | 11/06/21 09:37 | 38.0 |
| Mono Auto | 11/06/21 09:37 | 9.0 |
| Eos Auto | 11/06/21 09:37 | 1.0 |
| Basophil Auto | 11/06/21 09:37 | 0.9 |
| NRBC Auto Pct | 11/06/21 09:37 | 0.1 |
| Neutro Absolute | 11/06/21 09:37 | 1.90 |
| Lymph Absolute | 11/06/21 09:37 | 1.40 |
| Mono Absolute | 11/06/21 09:37 | 0.30 |
| Eos Absolute | 11/06/21 09:37 | 0.00 |
| Basophil Absolute | 11/06/21 09:37 | 0.00 |
| NRBC Absolute | 11/06/21 09:37 | 0.00 |

| COAGULATION | LATEST RESULTS | |
|---|---|---|
| PT | 11/06/21 09:37 | 13.9 |
| INR | 11/06/21 09:37 | 1.12 High |

**MACROSCOPIC**

ED Note - Physician

* Final Report *

BOSTON, STEVIE LEE - 12617819

federal and state organizations. These policies and algorithms were followed during the patient's care. COVID-19 suspected/possible/ruled-out.

## Assessment/Plan

Ordered:

Ammonia, Plasma, Blood, Stat collect, 11/06/21 9:11:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

CBC w/Diff Standard, Blood, Stat collect, 11/06/21 9:11:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

Comprehensive Metabolic Panel Standard, Blood, Stat collect, 11/06/21 9:11:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

CT Head or Brain w/o Contrast, 11/06/21 9:12:00 PDT, Stat, Once, 11/06/21 9:12:00 PDT, Reason: ALOC, No, Transport Mode: Patient Bed, Rad Type

Electrocardiogram (EKG) 12 Lead POC, 11/06/21 9:12:00 PDT, Once, Stat, 11/06/21 9:12:00 PDT, 11/06/21 9:12:00 PDT

Ethanol Level, Blood, Stat collect, 11/06/21 9:11:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

Lactate, Blood, Stat collect, 11/06/21 9:11:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

Lipase Level, Blood, Stat collect, 11/06/21 9:11:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

Magnesium Level, Blood, Stat collect, 11/06/21 9:11:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

PT, Blood, Stat collect, 11/06/21 9:12:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

Troponin I, Blood, Stat collect, 11/06/21 9:12:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse collect

Urinalysis Standard, Urine, Stat collect, 11/06/21 9:12:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse Collect, Enter Volume

Urine Drug Screen Standard, Urine, Stat collect, 11/06/21 9:12:00 PDT, Once, Stop date 11/06/21 9:12:00 PDT, Nurse Collect, Enter Volume

XR Chest 1 View Portable, 11/06/21 9:12:00 PDT, Stat, Once, 11/06/21 9:12:00 PDT, Reason: chest pain, Reason: eval infiltrate / aloc, Pregnant? No, Transport Mode: Portable, Rad Type

| | **LATEST RESULTS** | |
|---|---|---|
| UA Color | 11/06/21 11:09 | Light Yellow |
| UA Clarity | 11/06/21 11:09 | Clear |
| UA Spec Grav | 11/06/21 11:09 | 1.024 |
| UA Bili | 11/06/21 11:09 | Negative |
| UA pH | 11/06/21 11:09 | 6.5 |
| UA Urobilinogen | 11/06/21 11:09 | Normal |
| UA Blood | 11/06/21 11:09 | Negative |
| UA Glucose | 11/06/21 11:09 | 1+ Abnormal |
| UA Ketones | 11/06/21 11:09 | Negative |
| UA Protein | 11/06/21 11:09 | Negative |
| UA Nitrite | 11/06/21 11:09 | Negative |
| UA Leuk Est | 11/06/21 11:09 | Negative |

| **MICROSCOPIC** | **LATEST RESULTS** | |
|---|---|---|
| UA WBC | 11/06/21 11:09 | 0-5 |
| UA RBC | 11/06/21 11:09 | 0-2 |
| UA Bacteria | 11/06/21 11:09 | None |
| UA Squam Epi | 11/06/21 11:09 | None |

| **ROUTINE CHEMISTRY** | **LATEST RESULTS** | |
|---|---|---|
| Sodium Lvl | 11/06/21 09:37 | 142.0 |
| Potassium Lvl | 11/06/21 09:37 | 4.7 |
| Chloride | 11/06/21 09:37 | 108  High |
| CO2 | 11/06/21 09:37 | 26 |
| AGAP | 11/06/21 09:37 | 8 |
| BUN | 11/06/21 09:37 | 22.0 |
| Creatinine | 11/06/21 09:37 | 1.26 |
| BUN/Creat Ratio | 11/06/21 09:37 | 17 |

ED Note - Physician
* Final Report *

BOSTON, STEVIE LEE - 12617819

| | | |
|---|---|---|
| GFR African American | 11/06/21 09:37 | 61 |
| GFR NonAfrican American | 11/06/21 09:37 | 51 |
| Glucose Lvl | 11/06/21 09:37 | 90 |
| Calcium Lvl | 11/06/21 09:37 | 8.8 |
| Total Protein | 11/06/21 09:37 | 6.6 |
| Albumin Lvl | 11/06/21 09:37 | 4.0 |
| Globulin | 11/06/21 09:37 | 3 |
| A/G Ratio | 11/06/21 09:37 | 2 |
| Alk Phos | 11/06/21 09:37 | 54.0 |
| ALT | 11/06/21 09:37 | 31 |
| AST | 11/06/21 09:37 | 23 |
| Bili Total | 11/06/21 09:37 | 0.6 |
| Lipase Lvl | 11/06/21 09:37 | 22.0 |
| Magnesium | 11/06/21 09:37 | 2.1 |
| I-Stat Ionized Ca | 11/06/21 13:51 | 1.28 |
| I-Stat Potassium | 11/06/21 13:51 | 4.20 |
| I-Stat Sodium | 11/06/21 13:51 | 145.00 |
| Ammonia, Plasma | 11/06/21 09:37 | 40 |
| Lactate | 11/06/21 09:37 | 1.7 |

| CARDIAC ISOENZYMES | LATEST RESULTS | |
|---|---|---|
| Total CK | 11/06/21 09:37 | 555 High |
| CK MB | 11/06/21 09:37 | 3.1 |
| %MB | 11/06/21 09:37 | 1 |
| Troponin-I | 11/06/21 09:37 | <0.01 |

| SERUM TOXICOLOGY | LATEST RESULTS | |
|---|---|---|
| Ethanol Lvl | 11/06/21 09:37 | <0.010 |

ED Note - Physician
* Final Report *

| URINE TOXICOLOGY | LATEST RESULTS | |
|---|---|---|
| U Amph Scr | 11/06/21 11:09 | Negative |
| U Barb Scr | 11/06/21 11:09 | Negative |
| U Benzodia Scr | 11/06/21 11:09 | Negative |
| U Cannab Scr | 11/06/21 11:09 | Negative |
| U Cocaine Scr | 11/06/21 11:09 | Negative |
| U Methadone Scr | 11/06/21 11:09 | Negative |
| U Opiate Scr | 11/06/21 11:09 | Negative |
| U PCP Scr | 11/06/21 11:09 | Negative |

| BLOOD GASES | LATEST RESULTS | |
|---|---|---|
| Allen Test | 11/06/21 13:48 | Positive |
| I-Stat pH Art | 11/06/21 13:51 | 7.32 Low |
| I-Stat PCO2 Art | 11/06/21 13:51 | 49.50 High |
| I-Stat PO2 Art | 11/06/21 13:51 | 89.00 |
| I-Stat BE Art | 11/06/21 13:51 | -1.00 |
| I-Stat HCO3 Art | 11/06/21 13:51 | 25.60 |
| I-Stat TCO2 Art | 11/06/21 13:51 | 27.00 |
| I-Stat SO2 Art | 11/06/21 13:51 | 96.00 |
| I-Stat FIO2 Art | 11/06/21 13:51 | 21 |
| I-Stat Allen Test | 11/06/21 13:51 | POS |
| I-Stat CPB | 11/06/21 13:51 | No |
| I-Stat Device | 11/06/21 13:51 | 403285 |
| I-Stat LPM | 11/06/21 13:51 | 0 |
| I-Stat O2 Delivery | 11/06/21 13:51 | Room Air |
| I-Stat Site | 11/06/21 13:51 | R Radial |

**Diagnostic Results**

ED Note - Physician
* Final Report *

**EKG:**
Indication: ALOC
Findings: Time 0912, rate 69 bpm sinus
rhythm, normal intervals, no STEMI
Interpretation normal EKG
Interpreted by Dr. Willett

**(11/06/2021 10:05 PDT CT Head or
Brain w/o Contrast)**
CT HEAD W/O CONTRAST
HISTORY:  Altered level of consciousness
TECHNIQUE: 5 mm noncontrast axial
images.
Radiation dose: maximum CTDIvol of 63
mGy and total DLP of 1376 mGy-cm.
Dose reduction technique: Automated
exposure control.
COMPARISON: None
FINDINGS:
Brain: Normal attenuation. No acute
infarcts or parenchymal hemorrhages.
Extra-axial spaces: No hemorrhages, fluid
collections, or masses.
Ventricles and cisterns: Normal.
Bones: No acute findings.
Soft tissues: Normal.
Paranasal sinuses: Clear.
Mastoid air cells: Clear.
Other: None.
IMPRESSION:
1. No acute intracranial findings.
Dictating Radiologist: Brian Sakamoto,
MD
Dictation Date: 11/6/2021 10:00 AM [1]

**(11/06/2021 10:15 PDT XR Chest 1
View Portable)**
CHEST  1V  PORT 11/6/2021 9:00 AM
CLINICAL HISTORY: 120 years years old,
Male, eval infiltrate / aloc.
COMPARISON: None
TECHNIQUE: Single view of the chest
FINDINGS:
Normal cardiomediastinal silhouette. Low
lung volumes. Mild interstitial prominence
which may reflect vascular congestion.
No pleural effusion. No pneumothorax.
IMPRESSION:
1.  No focal consolidation.
Dictating Radiologist: Jason R Pai, MD
Dictation Date: 11/6/2021 10:11 AM [2]

[1] CT Head or Brain w/o Contrast; Sakamoto, Brian Satoshi MD 11/06/2021 10:05 PDT
[2] XR Chest 1 View Portable; Pai, Jason MD 11/06/2021 10:15 PDT

**Signature Line**

ED Note - Physician                                                    BOSTON, STEVIE LEE - 12617819
* Final Report *

[Electronically Signed on: 11/07/2021 06:52 PST]

---

Willett, Jessica MD MD MD

[Verified on: 11/07/2021 06:52 PST]

---

Willett, Jessica MD MD MD

**Completed Action List:**
* Perform by Willett, Jessica MD MD on November 06, 2021 9:13 PDT
* Review by Velazquez, Breanne E on November 06, 2021 9:44 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 10:01 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 10:02 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 10:02 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 10:03 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 10:08 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 10:19 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 10:22 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 10:24 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 10:24 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 10:28 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 11:02 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 11:32 PDT
* Modify by Velazquez, Breanne E on November 06, 2021 12:10 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 12:19 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 12:20 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 12:21 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 13:39 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 14:49 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 14:51 PDT
* Modify by Willett, Jessica MD MD on November 06, 2021 15:41 PDT
* Modify by Willett, Jessica MD MD on November 07, 2021 6:52 PST
* Sign by Willett, Jessica MD MD on November 07, 2021 6:52 PST Requested by Willett,
Jessica MD MD on November 06, 2021 9:13 PDT
* VERIFY by Willett, Jessica MD MD on November 07, 2021 6:52 PST

"PRELIMINARY REPORT"

Date: 11/7/21

EXHIBIT 4

Discharge Summary                                            BOSTON, STEVIE LEE - 12617819
* Preliminary Report *

Result type:          Discharge Summary
Result Date:          November 07, 2021 11:52 PST
Result Status:        Unauth
Result Title/Subject: AMA Note
Performed By/Author:   Hans, Simar S MD on November 07, 2021 12:02 PST
Encounter info:       30795362, San Joaquin Hosp, Inpatient, 11/6/2021 - 11/7/2021

## * Preliminary Report *

# BOSTON, STEVIE LEE

**DOB:** 04/19/1996
**Age:** 25 years
**Sex:** Male
**MRN:** 12617819
**Registration Date:** 11/06/2021
**Primary Care Physician:** CHCF, Physician

25 Years Male

### Admission Information
Admission date: 11/6/21
Discharge date: 11/7/21
Team #3
Attending: Dr. Ye Aung MD
Resident: Dr. Simar Hans MD PGY-III

CODE STATUS: Full code

Accepting physician: Dr. Lwin MD

Admitting diagnosis: Acute encephalopathy
Discharge diagnosis: Signed refusal of care form

Additional diagnosis: Asthma, anxiety, schizophrenia, CKD

### Hospital Course
25-year-old male with asthma, anxiety, schizophrenia and CKD with multiple ED visits for hypoglycemia in the setting of hunger strike found down at facility after loss of consciousness. Arrival, patient was hypothermic to 34.6, with shallow breathing, and initial physical exam showed decreased air entry at bases. Initial labs were largely unremarkable, CK of 555 and troponin was negative as well as urine drug screen. ABG showed mild $CO_2$ retention, CT head showed no acute intracranial findings, CXR showed no focal consolidation and x-ray of the right hand showed no acute bony findings. All of patient's psychiatric medications were held, he was started on IV fluids with D5 and observed on the floors. Throughout the patient hospitalization, his mentation improved, and returned to baseline. Patient was able to ambulate around his room without difficulty, oriented x4, and wished to sign refusal of care form today back to facility.

Recommendations:
--Continue holding all of patient's psychiatric medications
--Follow-up with prison psychiatrist within 1 to 2 days for appropriate titration of psychiatric medications
--Follow-up with primary care physician within 1 to 2 weeks

### Physical Exam

Vitals & Measurements

Printed by: Lata, Renu
Printed on: 11/8/2021 8:58 PST                                                Page 1 of 6

Discharge Summary                                                    BOSTON, STEVIE LEE - 12617819
* Preliminary Report *

**T:** 36.8 °C (Oral) **HR:** 88(Monitored) **RR:** 18 **BP:** 145/83 **SpO2:** 99% **WT:** 80.290 kg **Pain Score:** 0 = No pain **O2 Therapy:** Room air

General: Middle-aged male, well-nourished, awake alert, no acute distress
Eye: PERRLA, EOMI, no scleral icterus, conjunctiva clear
HEENT: Normocephalic, atraumatic, hearing intact, moist oral mucosa
Neck: Supple, no JVD
Lungs: Clear to auscultation bilaterally, in no respiratory distress saturating well on room air
Heart: Regular rate rhythm, S1, S2, no murmurs rubs or gallops appreciated
Abdomen: Soft, nontender to palpation, nondistended, bowel sounds present, no mass appreciated
Musculoskeletal: Patient able to move all extremities freely, no peripheral edema noted
Skin: Warm, dry, no pallor
Neurologic: Awake, alert and oriented x4, no focal neurological deficits noted on exam
Psych: Calm, cooperative, appropriate affect

## Medications
Inpatient
   D5W with 0.45% NaCl 1,000 mL, 1000 mL, IV
   Protonix, 40 mg= 1 tab(s), Oral, AC Breakfast
Home
   No active home medications

## Social History
Alcohol
   Past
Electronic Cigarette/Vaping
   Electronic Cigarette Use: Never.
Home/Environment
   Living situation Detention Center.
Substance Abuse
   Never
Tobacco
   Never (less than 100 in lifetime) Tobacco Use:.

Lab Results

| Test Name | Test Result | Date/Time |
|---|---|---|
| SARS-CoV-2 (COVID-19) PCR (BD MAX) | Negative BD Max | 11/06/2021 23:08 PDT |
| WBC | 5.4 x10(3)/uL | 11/07/2021 04:52 PST |
| Hgb | 14.5 gm/dL | 11/07/2021 04:52 PST |
| Platelet | 146 x10(3)/uL | 11/07/2021 04:52 PST |
| PT | 13.9 second(s) | 11/06/2021 09:37 PDT |
| INR | 1.12 ratio (High) | 11/06/2021 09:37 PDT |
| UA Color | Light Yellow LIGHT-YELLOW | 11/06/2021 11:09 PDT |
| UA Clarity | Clear-Clin | 11/06/2021 11:09 PDT |
| UA Spec Grav | 1.024 | 11/06/2021 11:09 PDT |
| UA Bili | Negative CapsMDI | 11/06/2021 11:09 PDT |
| UA pH | 6.5 | 11/06/2021 11:09 PDT |
| UA Urobilinogen | Normal NORMAL | 11/06/2021 11:09 PDT |
| UA Blood | Negative CL | 11/06/2021 11:09 PDT |
| UA Glucose | 1+ (Abnormal) | 11/06/2021 11:09 PDT |
| UA Ketones | Negative CL | 11/06/2021 11:09 PDT |
| UA Protein | Negative CL | 11/06/2021 11:09 PDT |
| UA Nitrite | Negative CL | 11/06/2021 11:09 PDT |

Discharge Summary

BOSTON, STEVIE LEE - 12617819

* Preliminary Report *

| Test Name | Test Result | Date/Time |
|---|---|---|
| UA Leuk Est | Negative CapsMDI | 11/06/2021 11:09 PDT |
| UA WBC | 0-5 | 11/06/2021 11:09 PDT |
| UA RBC | 0-2 | 11/06/2021 11:09 PDT |
| UA Bacteria | NONE. | 11/06/2021 11:09 PDT |
| UA Squam Epi | NONE. | 11/06/2021 11:09 PDT |
| Sodium Lvl | 141.0 mmol | 11/07/2021 04:52 PST |
| Potassium Lvl | 3.9 mmol | 11/07/2021 04:52 PST |
| Chloride | 108 mmol/L (High) | 11/07/2021 04:52 PST |
| CO2 | 25 mmol/L | 11/07/2021 04:52 PST |
| BUN | 16.0 mg/dL | 11/07/2021 04:52 PST |
| Creatinine | 1.15 mg/dL | 11/07/2021 04:52 PST |
| Glucose Lvl | 94 mg/dL | 11/07/2021 04:52 PST |
| Glucose POC | 105 mg/dL | 11/07/2021 06:04 PST |
| Calcium Lvl | 8.8 mg/dL | 11/07/2021 04:52 PST |
| Phosphorus | 2.8 mg/dL | 11/07/2021 04:52 PST |
| Total Protein | 6.6 gm/dL | 11/06/2021 09:37 PDT |
| Albumin Lvl | 4.0 gm/dL | 11/07/2021 04:52 PST |
| Alk Phos | 54.0 unit/L | 11/06/2021 09:37 PDT |
| ALT | 31 unit/L | 11/06/2021 09:37 PDT |
| AST | 23 unit/L | 11/06/2021 09:37 PDT |
| Bili Total | 0.6 mg/dL | 11/06/2021 09:37 PDT |
| Lipase Lvl | 22.0 unit/L | 11/06/2021 09:37 PDT |
| Magnesium | 1.8 mg/dL | 11/07/2021 04:52 PST |
| Ammonia, Plasma | 40 ug/dL | 11/06/2021 09:37 PDT |
| Lactate | 1.7 mmol/L | 11/06/2021 09:37 PDT |
| Folate (Folic Acid), Serum | 6.9 ng/mL (Low) | 11/07/2021 04:52 PST |
| Total CK | 555 unit/L (High) | 11/06/2021 09:37 PDT |
| Troponin-I | <.01 ng/mL | 11/06/2021 09:37 PDT |
| TSH | 2.04 uIU/mL | 11/07/2021 04:52 PST |
| Ethanol Lvl | <.010 % | 11/06/2021 09:37 PDT |
| I-Stat pH Art | 7.32 pH unit(s) (Low) | 11/06/2021 13:51 PDT |
| I-Stat PCO2 Art | 49.50 mmHg (High) | 11/06/2021 13:51 PDT |
| I-Stat PO2 Art | 89.00 mmHg | 11/06/2021 13:51 PDT |
| I-Stat BE Art | -1.00 mmol/L | 11/06/2021 13:51 PDT |
| I-Stat HCO3 Art | 25.60 mmol/L | 11/06/2021 13:51 PDT |
| I-Stat TCO2 Art | 27.00 mmol/L | 11/06/2021 13:51 PDT |
| I-Stat SO2 Art | 96.00 % | 11/06/2021 13:51 PDT |

**Discharge Plan**

1. Acute encephalopathy G93.40
   Resolved
3. AKI (acute kidney injury) N17.9
   Resolved
4. Rhabdomyolysis M62.82

Printed by: Lata, Renu
Printed on: 11/8/2021 8:58 PST

Discharge Summary

BOSTON, STEVIE LEE - 12617819

\* Preliminary Report \*

  Resolved
5. Catatonic state F06.1
  Resolved
Orders:
  Discharge Patient, 11/07/21 11:51:00 PST, Prison Facility
  Peripheral IV Removal, 11/07/21 11:51:00 PST, Once, Stop Date 11/07/21 11:51:00 PST

All Diagnoses This Visit
Acute encephalopathy
AKI (acute kidney injury)
Rhabdomyolysis
Catatonic state
Healthcare maintenance

Patient Discharge Condition
Stable

Discharge Disposition
CHF

## Follow Up

| With | When | Contact Information |
|---|---|---|
| Follow up with primary care provider | Within 1 to 2 weeks | |
| Additional Instructions: | | |
| Follow-up with your specialist | Within 1 to 2 days | |
| Additional Instructions: Prison psychiatry | | |

## Medication Reconciliation
Discontinued
  acetaminophen (Tylenol)Oral.

  ARIPiprazole (Abilify)Oral every day.

  buPROPionOral.

  DULoxetineOral.

  ergocalciferol (Vitamin D2)Oral every week.

  hydrOXYzine (Vistaril)Oral 4 times a day.

  ibuprofen

  lactulose

  melatoninonce a day (at bedtime).

  naloxoneonce.

  OLANZapine

  OLANZapine (ZyPREXA)

  risperiDONE

  sertraline (Zoloft)Oral every day.

Printed by: Lata, Renu
Printed on: 11/8/2021 8:58 PST

Discharge Summary

BOSTON, STEVIE LEE - 12617819

* Preliminary Report *

traZODoneOral 2 times a day.

**Images**
**(11/06/2021 17:07 PDT XR Hand Complete Right Port)**
FINDINGS:

Chronic appearing ulnar styloid deformity. No acute displaced fracture
or traumatic malalignment. Joint spaces are preserved.

IMPRESSION:

1. No acute bony findings. [1]

**(11/06/2021 10:05 PDT CT Head or Brain w/o Contrast)**
FINDINGS:
Brain: Normal attenuation. No acute infarcts or parenchymal
hemorrhages.
Extra-axial spaces: No hemorrhages, fluid collections, or masses.
Ventricles and cisterns: Normal.
Bones: No acute findings.
Soft tissues: Normal.
Paranasal sinuses: Clear.
Mastoid air cells: Clear.
Other: None.

IMPRESSION:
1. No acute intracranial findings. [2]

**(11/06/2021 10:15 PDT XR Chest 1 View Portable)**
FINDINGS:

Normal cardiomediastinal silhouette. Low lung volumes. Mild
interstitial prominence which may reflect vascular congestion. No
pleural effusion. No pneumothorax.

IMPRESSION:

1. No focal consolidation.
[3]

[1] XR Hand Complete Right Port; Pai, Jason MD 11/06/2021 17:07 PDT
[2] CT Head or Brain w/o Contrast; Sakamoto, Brian Satoshi MD 11/06/2021 10:05 PDT
[3] XR Chest 1 View Portable; Pai, Jason MD 11/06/2021 10:15 PDT

**Signature Line**
[Electronically Signed on: 11/07/2021 12:02 PST]

_____

Hans, Simar S MD RES


_____

Aung, Ye MD MD

Discharge Summary                                          BOSTON, STEVIE LEE - 12617819
* Preliminary Report *


**Completed Action List:**

* Perform by Hans, Simar S MD on November 07, 2021 12:02 PST
* Sign by Hans, Simar S MD on November 07, 2021 12:02 PST

" PATIENT DISCHARGE
INSTRUCTIONS "

Date: 11/7/21

EXHIBIT 5

Inpatient Patient Summary                                    BOSTON, STEVIE LEE - 12617819

| | |
|---|---|
| Result type: | Inpatient Patient Summary |
| Result Date: | November 07, 2021 19:46 PST |
| Result Status: | Modified |
| Result Title/Subject: | Inpatient Patient Summary |
| Performed By/Author: | Fronk, Ana Rose on November 07, 2021 19:46 PST |
| Verified By: | Fronk, Ana Rose on November 07, 2021 19:46 PST |
| Encounter info: | 30795362, San Joaquin Hosp, Inpatient, 11/6/2021 - 11/7/2021 |

**Inpatient Patient Summary (Verified)**

## San Joaquin General Hospital

**500 W Hospital Road**

**French Camp, CA 95231**

**(209) 468-6000**

**Patient Discharge Instructions**

**Name:** BOSTON, STEVIE LEE

**DOB:** 4/19/1996 **MRN:** 12617819 **FIN:** 30795362

**Patient Address:** CHCF STOCKTON CA 95215

**Primary Care Provider:**

**Name:** CHCF, Physician

**Phone:**

**Discharge Diagnosis:** 1:Acute encephalopathy; 3:AKI (acute kidney injury); 4:Rhabdomyolysis; 5:Catatonic state; 6:Healthcare maintenance

**Comment**:

San Joaquin General Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

BOSTON, STEVIE LEE has been given the following list of follow-up instructions, prescriptions, and patient education materials:

| | |
|---|---|
| Printed by: | Lata, Renu |
| Printed on: | 11/8/2021 8:58 PST |

BOSTON, STEVIE AW2385
04/19/1996 B4B-122

Inpatient Patient Summary                                    BOSTON, STEVIE LEE - 12617819

**Diet & Activity**

**Patient Activity Level**: As Tolerated

**Patient Diet**:

**Patient Activity Restrictions**:

**Allergies**

No Known Allergies

**Follow-up Instructions**

| With: | Address: | When: |
|---|---|---|
| Follow up with primary care provider | | Within 1 to 2 weeks |

| With: | Address: | When: |
|---|---|---|
| Follow-up with your specialist<br>**Comments:**<br>Prison psychiatry | | Within 1 to 2 days |

**Prescriptions**

All Known Home Medications Were Discontinued During This Visit

**Medications**

During the course of your visit, your medication list was updated with the most current information. The details of

Printed by:     Lata, Renu
Printed on:     11/8/2021 8:58 PST          BOSTON, STEVIE AW2385
                                            04/19/1996 B4B-122



Inpatient Patient Summary                                    BOSTON, STEVIE LEE - 12617819

those changes are reflected below:

**No Longer Take the Following Medications**

   **acetaminophen (Tylenol)** Oral.

   **ARIPiprazole (Abilify)** Oral every day.

   **buPROPion** Oral.

   **DULoxetine** Oral.

   **ergocalciferol (Vitamin D2)** Oral every week.

   **hydrOXYzine (Vistaril)** Oral 4 times a day.

   **ibuprofen**

   **lactulose**

   **melatonin** once a day (at bedtime).

   **naloxone** once.

   **OLANZapine**

   **OLANZapine (ZyPREXA)**

   **risperiDONE**

   **sertraline (Zoloft)** Oral every day.

   **traZODone** Oral 2 times a day.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. As an additional courtesy, we are also providing you with your final active medications list that you can keep with you.

   All Known Home Medications Were Discontinued During This Visit

Printed by:      Lata, Renu
Printed on:      11/8/2021 8:58 PST          BOSTON, STEVIE AW2385
                                            04/19/1996 B4B-122

"CDCR 7450"

EXHIBIT 6

STATE OF CALIFORNIA
**Statewide Psychotropic Medication Consent Form**
CDCR 7450 (Rev. 01/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF CORRECTIONAL HEALTH CARE SERVICES

*Note: This is Page 1 of 2 – Complete and Submit Both Pages*

## STATEWIDE PSYCHOTROPIC MEDICATION CONSENT FORM

My physician,_____MD, has met with me and discussed my mental health condition. The physician has recommended that I take the following medication(s) and has discussed the reasons why the medication(s) may be helpful, including the likelihood of my improving or not improving with the medication(s) or without. I understand that the medication(s) is usually given by mouth dependent on the staff's assessment of my behavioral problems and my reported response to the medication(s). The physician has provided his "best estimate" of this treatment time. As with any medication, there may be side effects. I understand that I am to inform the staff if I have effects. Some side effects can be reduced by lowering the dose of medication, using another medication, or adding another medication. I understand that ALL possible side effects can neither be predicted nor are listed below. I acknowledge that the side effects **CIRCLED** and listed above my prescribed medication(s) were discussed with me.

| ANTIPSYCHOTICS | ANTIDEPRESSANTS | MOOD STABILIZERS | OTHER MEDICATIONS |
|---|---|---|---|
| Restlessness/anxiety | Restlessness/anxiety | Restlessness/Anxiety | Blurred vision |
| Abnormal muscle contractions | Tremors | Tremors | Tremors |
| Tremors | M | Slowed reflexes | Dizziness |
| GI disturbance | Psychosis | Blurred vision | T |
| Constipation | Blurred vision | Dry mouth | Dry mouth |
| Muscle stiffness | Sexual dysfunction | Increase thirst | Eye pain |
| Blurred vision | Dry mouth | Increase urination | Fatigue |
| Sexual dysfunction | Constipation/diarrhea | Constipation/Diarrhea | Sedation |
| Trouble urinating | Trouble urinating | Drowsiness | GI problems |
| Breast discharge | Drowsiness/fainting/fatigue | Insomnia | Headaches |
| Dry mouth | Insomnia | Dizziness | Increased heart size |
| Drooling | Headaches | Headaches | Priapism |
| Drowsiness/sedation/fatigue | Nausea/vomiting | Heartburn | Skin rash |
| Headaches | Heartburn | Nausea/vomiting | Constipation |
| Lightheadedness/dizziness | Weight gain/loss | Change in appetite | |
| Increased heart rate | Elevated blood pressure | Weight gain | |
| Increase or decrease in blood pressure | Increased sweating | A | |
| Skin changes | Changes in appetite | Skin rash | |
| Sun sensitivity | | Sun sensitivity | |
| Weight gain | | "Fuzzy thinking" | |
| Changes in body temperature | **RARELY** | Confusion | |
| Metabolic Syndrome: | Possible liver damage | Tingling of arms and legs | |
| -Tendency towards diabetes, | Severe reduction in white cells | | |
| -Hypertension, heart problems, | Eye pain | | |
| -Increase lipids. | R | | |
| | Seizures | **RARELY** | |
| | Increased heart size | Severe reduction in white blood cells | |
| **RARELY** | Priapism | Bone marrow damage | |
| Severe reduction in white blood cells | Low blood sodium | Acute Pancreatitis | |
| Severe rash | Risk of increased suicidal thinking and behavior | Decrease in platelet count | |
| Cataracts | (especially in adolescents and young adults) | Diabetes insipidus | |
| Risk of seizures | Serotonin symptoms when combined with | Kidney damage/failure | |
| High fever | medications including: triptans | Liver damage | |
| Neuroleptic Malignant Syndrome: | Never take during or within 14 days of taking a | Severe rash | |
| -High fever, muscle breakdown | Monoamine Oxidase Inhibitor (MAOI) | Thyroid dysfunction | |
| -Kidney damage | Do not take with Orap (Pimozide) | Birth defects | |
| Increased risk of death in elderly persons | Potential birth defects | Hair loss | |
| | | Risk of increased suicidal thinking and behavior | |
| Medication:<br>Maximum Daily Dose:<br>Mg per day: | Medication:<br>Maximum Daily Dose:<br>Mg per day: | Medication:<br>Maximum Daily Dose:<br>Mg per day: | Medication:<br>Maximum Daily Dose:<br>Mg per day: |
| Medication:<br>Maximum Daily Dose:<br>Mg per day: | Medication:<br>Maximum Daily Dose:<br>Mg per day: | Medication:<br>Maximum Daily Dose:<br>Mg per day: | Medication:<br>Maximum Daily Dose:<br>Mg per day: |

☐ I have been made aware that I am on a heat risk medication. I agree to comply with the heat management program.

☐ I have been told that this medication may produce persistent involuntary movement of the face or mouth and at times similar movements of other parts of the body. This condition is called tardive dyskinesia (TD) and in certain cases these symptoms appear to be irreversible and may even appear after the medication has been stopped. I understand that I may change my decision to accept medication at any time by telling any member of the treatment team. Should I decide to stop or decrease my psychiatric medication(s), I have been informed to do this under the guidance of staff and not to stop medication(s) suddenly. I am aware that this CONSENT original will be in my Unit Health Record. I will be given a copy of this CONSENT for my own records.

INMATE/PATIENT:_____ DOB:_____ CDC #:_____ DATE:_____

"CDCR 602"

Date: 11/17/21

EXHIBIT 7

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| BOSTON STEVIE | AW2385 | B4B cell 22 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

LAWSUIT

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON, 2 different occasio
s I had 2 Black outs, almost causing Death, Due To unsafely monitor
ing my medications and over prescibe'n I (Inmate Boston) To many mat
causing me to Be hostpitalized!

B. Action requested (If you need more space, use Section B of the CDCR 602-A): Lawsuit, I'll
some far a half a million Dollars! I almost Died and missed
my Family CDCR visiTation

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____   _____
_____   _____

☑ No, I have not attached any supporting documents. Reason : NOT YeT, But any medical
Records I will provide. I will also quote the legitimate
case laws in my Defense!

Inmate/Parolee Signature: _____   Date Submitted: 11/17/2021

☑ 3B By placing my initials in this box, I waive my right to receive an interview.

RECEIVED CHCF
2021 NOV 18 PM 1:42
APPEALS
STAFF ONLY

---

**C. First Level - Staff Use Only**
This appeal has been:                                                    Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
                (Print Name)

Reviewer: _____ Title: _____ Signature: _____
            (Print Name)

Date received by AC: _____

| AC Use Only | |
|---|---|
| Date mailed/delivered to appellant ___ / ___ / ___ | |

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Offender Name:** BOSTON, STEVIE L.                              **CDC#:** AW2385

**Date:** 11/19/2021

**Current Location:** CHCF-Facility B                    **Current Area/Bed:** B 304B1122001L

**From:** Office of Grievances at California Health Care Facility - Stockton

**Re:** Log # 000000189259

The California Department of Corrections and Rehabilitation Office of Grievances at California Health Care Facility - Stockton received your grievance on 11/18/2021. Your grievance has not been assigned for review and response because your claim(s) is being handled as specified below.

**Claim # 001:**

Upon review, the Office of Grievances determined that this claim concerning Facilities;Other Facilities Issue - NOS falls within the jurisdiction of the California Correctional Health Care Services Division. Therefore, the Office of Grievances redirected this claim to this institution's Health Care Grievance Coordinator for review and processing in accordance with its governing regulations.

CDCR SOMS OGTT300
OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8    STEVIE L. BOSTON,

9           Plaintiff,

10   vs.                                    No.

11   JOHN DOE I, et al.,

12          Defendant(s).              PROOF OF SERVICE

13   _____ /

14        I, the undersigned, hereby certify that I am over the age of eighteen years and

15   on ___FEBRUARY  21___, 20 22, I served a copy of

16   42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT_____.

17   by placing a copy in a postage paid envelope addressed to the person hereinafter listed

18   by depositing said envelope in the United States Mail: United States District Court

19                                       Eastern District of California

20   (List All Defendants and Addresses Served)   501 I Street, STE-4200

21                                       Sacramento, CA 95814

22   I declare under penalty of perjury that the foregoing is true and correct.

23

24   DATE: February 21, 2022        _____

25                                          Pro Se - Plaintiff

26



$3.16

Stevie Lee Boston #AW2585
California Health Care
Facility
P.O. Box 2130-40
Stockton, CA 95213

$003.16

cJ

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 5 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Central District of California
Office of the Clerk,
255 East Temple
Los Angeles, California 90012

